Tony Kullen, OSB # 090218
tkullen@wrightlegal.net
Wright, Finlay & Zak, LLP
121 S.W. Morrison, Suite 1100
Portland, Oregon 97220
PH: (503) 479-8871
FAX: (949) 608-9142
Attorneys for Euler Hermes North America Insurance Company

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| WEST LINN PAPER COMPANY, COLUMBIA RIVER LOGISTICS, INC., and 6200605 CANADA, INC., <br><br>      Plaintiffs, Counterclaim Defendants<br><br>v.<br><br>CANFOR PULP & PAPER SALES LTD.,<br><br>      Defendant, Counterclaim Plaintiff, and Third Party Plaintiff<br><br>v.<br><br>BELGRAVIA PULP HOLDINGS, INC.,<br><br>      Third Party Defendant | Case No.: 3:17-cv-01880-BR<br><br>**NOTICE OF APPEARANCE OF TONY KULLEN AS COUNSEL FOR INTERESTED PARTY EULER HERMES NORTH AMERICA INSURANCE COMPANY** |

**TO: THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

    **PLEASE TAKE NOTICE** that Tony Kullen of the law firm of Wright, Finlay & Zak, LLP, hereby appears as counsel for Interested Party Euler Hermes North America Insurance Company ("Euler Hermes"), and requests that all further papers and pleadings, except original process, be served upon him at the address shown below.

NOTICE OF APPEARANCE OF TONY KULLEN AS COUNSEL FOR INTERESTED PARTY EULER HERMES NORTH AMERICA INSURANCE COMPANY - 1

Tony Kullen, OSB # 090218
Wright, Finlay & Zak, LLP
121 S.W. Morrison, Suite 1100
Portland, Oregon 97220
Ph: (503) 479-8871
Fax: (949) 608-9142
Email: tkullen@wrightlegal.net

Dated: May 1, 2019         /s/ Tony Kullen
                           Tony Kullen, OSB # 090218
                           Attorney for Interested Party Euler Hermes

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served via this Court's CM/ECF system this 1st day of May, 2019, upon counsel for all parties that have formally appeared in this civil action.

/s/ Tony Kullen
Tony Kullen